**BRIAN T. DUNN, ESQ. (SBN 176502)**
Email: bdunn@cochranfirm.com
**MEGAN R. GYONGYOS, ESQ. (SBN 285476)**
Email: mgyongyos@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile: (323) 282-5280
*Attorneys for Plaintiff William Mears*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS MEARS, individually and as successor in interest to Michael Mears; and JOANNA WYSOCKI, individually and as successor in interest to Michael Mears,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipality; STEVEN BEUMER, an individual; JOSE PEDROZA, an individual; JONATHAN GAN, an individual; OFFICER SEFFEL, an individual; OFFICER LEW, an individual; OFFICER GIST, an individual; SGT. WILIAMS, an individual; and DOES 8-10, inclusive,<br><br>Defendants. | **CASE NO.: CV 15-08441 JAK (AJWx)**<br>Consol. w/ CV 15-09586 JAK (AJWx)<br><br>[Assigned to the Hon. John A. Kronstadt, United States District Judge]<br><br>**DECLARATION OF BRIAN T. DUNN AND EXHIBITS 1-4 SUBMITTED IN SUPPORT OF PLAINTIFFS' JOINT MOTION IN LIMINE NO. 4 OF 4 TO EXCLUDE CUMULATIVE EXPERT TESTIMONY**<br><br>**Hearing:**<br>Date: April 17, 2017<br>Time: 3:00 p.m.<br>Place: Courtroom 10B<br><br>**Trial:**<br>Date: May 2, 2017<br>Time: 9:00 a.m.<br>Place: Courtroom 10B |

## DECLARATION OF BRIAN T. DUNN

I, Brian T. Dunn, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before this Court and all of the Courts of the State of California. I am a principal at The Cochran Firm California, attorneys of record for Plaintiff WILLIAM MEARS in the above-entitled action. If called upon to testify, I could and would competently testify to the following facts, as the same are personally known to me, except as to those matters that may be stated upon information and belief, and as to those matters, I believe the same to be true.

2. Attached hereto as "Exhibit 1" is a true and correct copy of the Rule 26 Report of Gary Vilke, M.D., dated November 19, 2016.

3. Attached hereto as "Exhibit 2" is a true and correct copy of the Rule 26 Report of Charles Wetli, M.D., dated November 21, 2016.

4. Attached hereto as "Exhibit 3" is a true and correct copy of the Rule 26 Report of Richard Clark, M.D., dated November 19, 2016.

5. Attached hereto as "Exhibit 4" is a true and correct copy of the Rule 26 Report of Theodore Chan, M.D., dated November 17, 2016.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this Declaration was executed this 3rd day of April, 2017, at Los Angeles, California.

/s/ Brian T. Dunn
Brian T. Dunn, declarant