# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - TRIAL**

| Case No. | LA CV15-08441 JAK (AJWx) | Date | November 1, 2017 |
|---|---|---|---|
| Title: | William Mears v. City of Los Angeles, et al. | | |

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|

| Andrea Keifer | Alex Joko (am); Cindy Nirenberg (pm) |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo; Brian T. Dunn; Megan R. Gyongyos | J. Edwin Rathbun; Christian R. Bojorquez |

\_\_\_\_ Day Court Trial          2nd Day Jury Trial

\_\_\_\_ One day trial:     \_\_\_\_ Begun (1st day);     X  Held & Continued;     \_\_\_\_ Completed by jury verdict.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made by _____

X Witnesses called, sworn and testified.     X Exhibits Identified     \_\_\_\_ Exhibits admitted.

\_\_\_\_ Plaintiff(s) rest.     \_\_\_\_ Defendant(s) rest.

\_\_\_\_ Closing arguments made by     \_\_\_\_ plaintiff(s)     \_\_\_\_ defendant(s).     \_\_\_\_ Court instructs jury.

\_\_\_\_ Bailiff(s) sworn.     \_\_\_\_ Jury retires to deliberate.     \_\_\_\_ Jury resumes

\_\_\_\_ Jury Verdict in favor of     \_\_\_\_ plaintiff(s)     \_\_\_\_ defendant(s) is read and filed.

\_\_\_\_ Jury polled.     \_\_\_\_ Polling waived.

\_\_\_\_ Filed Witness & Exhibit Lists     \_\_\_\_ Filed jury notes.     \_\_\_\_ Filed jury instructions.

\_\_\_\_ Judgment by Court _____     \_\_\_\_ plaintiff(s)     \_\_\_\_ defendant(s).

\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared     \_\_\_\_ plaintiff(s)     \_\_\_\_ defendant(s).

\_\_\_\_ Case submitted.     \_\_\_\_ Briefs to be filed _____

\_\_\_\_ Motion to dismiss by _____ is     \_\_\_\_ granted.     \_\_\_\_ denied.     \_\_\_\_ submitted.

\_\_\_\_ Motion for mistrial _____ is     \_\_\_\_ granted.     \_\_\_\_ denied.     \_\_\_\_ submitted.

\_\_\_\_ Motion for Judgment/Directed Verdict _____ is     \_\_\_\_ granted.     \_\_\_\_ denied.     \_\_\_\_ submitted.

\_\_\_\_ Settlement reached and placed on the record.

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

X Case continued     November 7, 2017 at 8:30 a.m.     for further trial/further jury deliberation.

\_\_\_\_ Other:

**IT IS SO ORDERED.**

5 : 45

Initials of Deputy Clerk   ak

cc: