# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS MEARS, individually and as successor in interest to Michael Mears; and JOANNA WYSOCKI, individually and as successor in interest to Michael Mears,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipality; STEVEN BEUMER, an individual; JOSE PEDROZA, an individual; JONATHAN GAN, an individual; JOHN SEFFEL, an individual; and AUDREY WILKINS, an individual,<br><br>Defendants. | **CASE NO.: CV 15-08441 JAK (AJWx)**<br>Consol. w/ CV 15-09586 JAK (AJWx)<br><br>**JUDGMENT**<br><br>**JS-6** |

Pursuant to the verdict of the jury in this matter, IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

-1-

Total judgment in the sum of $5,500,000, plus costs pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of the November 13, 2017 Verdict at the rate specified by 28 U.S.C. §1961, and reasonable attorney's fees, is entered against Defendants City of Los Angeles and Jonathan Gan in favor of Plaintiffs William Mears and Joanna Wysocki. Plaintiffs William Mears and Joanna Wysocki are the prevailing parties and may apply to the Court for an award of costs and reasonable attorney's fees as permitted by applicable law.

**IT IS SO ORDERED**.

Dated: May 30, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE